UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ONTRAYIS KEITH, | ) | CASE NO. 3: 08 CV 1501 |
| | ) | |
| Petitioner, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| PHILLIP KURUS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge James A. Gallas. The Report and Recommendation (ECF # 23), issued on August 12, 2009 is hereby ADOPTED by this Court. Plaintiff filed this action pursuant to 28 U.S.C. §2254, requesting federal habeus corpus review of his June, 2006 conviction for aggravated robbery. The Magistrate Judge recommended that the Petitioner's request be denied. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: September 11, 2009